IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV 10-226-FHS |
| | ) | |
| SHAWN VAN OSTER and | ) | |
| SHELLEY VAN OSTER | ) | |
| Defendants. | ) | |

## JUDGMENT

The above entitled action having come on for consideration upon the stipulation of the respective parties hereto, for the entry of judgment in the above entitled action, and it appearing to the Court that plaintiff and defendants have agreed that plaintiff is entitled to recover judgment against the defendants,

IT IS ORDERED, ADJUDGED AND DECREED by the Court that plaintiff have judgment against the defendants, Shawn Van Oster and Shelley Van Oster, on its six counts in the total principal amount of $228,054.03, plus accrued interest in the amount of $12,144.89, to March 23, 2010 , plus interest accruing after said date at the daily rate of $44.4479 to the date of judgment herein, plus interest on the computed total of said judgment at the statutory rate, as provided by 28 U.S.C. §1961.

IT IS FURTHER ORDERED that the execution of said judgment is stayed so long as defendant complies with the terms of the Stipulation for Judgment by Consent.

SO ORDERED this 30th day of June, 2010.

Frank H. Seay
United States District Judge